

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2007

Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07
```

   Re: **United States v. Felix Strashnov, 07 Cr. 1087 (BSJ)**

Dear Judge Jones:

   An indictment was returned in the above-referenced case yesterday. The defendants, Felix Strashnov and Michael Ayngorn, had been charged in Complaint 07 Mag. 1435. Both defendants were arrested on September 5, 2007, and released on personal recognizance bonds.

   An initial pretrial conference in this case is scheduled for December 12, 2007, at 2 p.m. I am writing, with the consent of defense counsel, to request that time under the Speedy Trial Act be excluded from today up to and including December 12, 2007, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

   Excluding time under the Speedy Trial Act until December 12, 2007, will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the Government to assemble discovery for production and allow the parties to continue discussions in an effort to resolve this case without trial. Steven Statsinger, Esq., counsel for Felix Strashnov, and George

Honorable Barbara S. Jones
December 4, 2007
Page 2

Goltzer, Esq., counsel for Michael Ayngorn, advised me that they consent to this request.

Application granted. In the interest of justice for the reason stated above, Speedy trial time is excluded from December 5, 2007 to December 12, 2007, pursuant to 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Andrew L. Fish
Assistant United States Attorney
(212) 637-2548

cc: Steven Statsinger, Esq. (via fax)
    George Goltzer, Esq. (via fax)

SO ORDERED:

_____
Honorable Barbara S. Jones
United States District Judge

Dec. 4, 2007