

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 28, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/08
```

Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

**Re:  United States v. Felix Strashnov, 07 Cr. 1087 (BSJ)**

Dear Judge Jones:

    The pretrial conference in this case has been adjourned until April 18, 2008, at 2:30 p.m.  I am writing, with the consent of defense counsel, to request that time under the Speedy Trial Act be excluded from today up to and including April 18, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

    I have been having discussions with defense counsel regarding a disposition of this case without trial, and those discussions are continuing.  In addition, I am preparing for an April 7, 2008 trial before the Honorable Loretta A. Preska in the case captioned United States v. Childs, 07 Cr. 142 (LAP).  The Government expects that trial to last approximately one week.

    Excluding time under the Speedy Trial Act until April 18, 2008, will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the Government to continue discussions in an effort to resolve this case without trial.  Steven Statsinger, Esq., counsel for Felix Strashnov, and George Goltzer, Esq.,

Honorable Barbara S. Jones
March 28, 2008
Page 2

counsel for Michael Ayngorn, advised me that they consent to this request.

         Respectfully submitted,

         MICHAEL J. GARCIA
         United States Attorney

       By: _____
         Andrew L. Fish
         Assistant United States Attorney
         (212) 637-2548

cc: Steven Statsinger, Esq. (via fax)
   George Goltzer, Esq. (via fax)

Application granted.
SO ORDERED:

_____
Honorable Barbara S. Jones
United States District Judge

~~March~~ April 2, 2008