# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

July 30, 2008

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*



**BY HAND DELIVERY**

Hon. Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

>    Re:  **United States v. Felix Strashnov**
>         **No. 07 Cr. 1087 (DAB)**
>         **Request for Bail Modification, on Consent**

Dear Judge Jones:

   I am writing to respectfully request that the Court modify Mr. Strashnov's bail by permitting him to re-take possession of his United States passport for a period not to exceed 72 hours. Mr. Strashnov has informed me that he is seeking employment and that he needs to show his actual passport - and not a copy - to the prospective employer.

   I have spoken with Assistant United States Attorney Andrew Fish, who consents to this modification.

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

cc: AUSA Andrew Fish

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

*Application is granted.*
*So ordered.*
Barbara S. Jones
USDJ
8/1/08