# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

August 7, 2008

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

BY HAND DELIVERY

Hon. Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8.8.08

Re:  United States v. Felix Strashnov
     No. 07 Cr. 1087 (DAB)
     Second Request for Bail Modification, on Consent

Dear Judge Jones:

Recently, the Court granted Mr. Strashnov permission to re-take possession of his passport so that he could prove his citizenship to his employer. Unfortunately, Mr. Strashnov's current passport has expired, and his employer requires a valid one. Accordingly, I am respectfully requesting that the Court modify Mr. Strashnov's bail by permitting him to (1) again re-take possession of his expired passport; (2) apply for a new passport; and, (3) retain the new passport, once it is issued, for 72 hours.

I have spoken with Assistant United States Attorney Andrew Fish, who consents to this modification.

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

cc:  AUSA Andrew Fish

*Application is granted.*
*So ordered.*
*Barbara S. Jones*
*U.S.D.J.*
8/8/08