# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

September 8, 2008

**BY HAND DELIVERY**

Hon. Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re: United States v. Felix Strashnov**
> **No.  07 Cr. 1087 (BSJ)**
> **Motion to Be Relieved**

Dear Judge Jones:

Today I learned that, on August 20, 2008, a retained attorney, Daniel Joseph Ollen, filed a notice of appearance on Mr. Strashnov's behalf. In light of this, Federal Defenders of New York, Inc., previously appointed by the Court to represent Mr. Strashnov, moves to be relieved.

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

cc: AUSA Andrew Fish

*Application is granted.*
*So ordered.*
*Barbara S. Jones*
*USDJ*
*Sept 9, 2008*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/08