PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Southern District of New York

U.S.A. vs. __Strashnov__                    Docket No. __07-CR-1087-001__

**Petition for Action on Conditions of Pretrial Release**

COMES NOW __Jeffrey Thomas Steimel__         PRETRIAL SERVICES OFFICER
presenting an official report upon the conduct of defendant __Felix Strashnov__
who was placed under pretrial release supervision by the Honorable __Douglas F. Eaton__
sitting in the court at __SD/NY__, on the __5th__ day __of September__, 20 __07__
under the following conditions:

$500,000 personal recognizance bond co-signed by three financially responsible persons. Additional conditions included: 1) strict Pretrial Services supervision, 2) travel restrictions to the Southern and Eastern Districts of New York and the District of New Jersey, 3) random drug testing and treatment, as directed, 4) surrender travel documents and no new applications and 5) seek or maintain employment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Pretrial Services respectfully petitions the Court to modify the defendant's bail conditions to eliminate the random drug testing and treatment condition. The defendant has been tested randomly since his release on September 5, 2007 and he has tested negative for all drugs tested, except for one instance, when he tested positive for opiates on October 15, 2007. Mr. Strashnov denied using any illegal substances and subsequently produced a Canadian pain medication named 222 which we have confirmed contains a small amount of codeine. Mr. Strashnov was instructed to discontinue using this pain medication and he destroyed the medication in our office.

Pretrial Services contacted AUSA Andrew L. Fish and attorney, Daniel J. Ollen, and both of the attorneys consented to the proposed modification.

PRAYING THAT THE COURT WILL ORDER

that the defendant's bail be modified to exclude the condition of drug testing and treatment.

ORDER OF COURT

Considered and ordered the 12th day of March, 20 09 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 11, 2009

_____
U.S. Pretrial Services Officer

Place   233 Broadway, New York, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/09