UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

     - v -                                          :   ORDER

FELIX STRASHNOV,                    :   07 Cr. 1087 (BSJ)

     Defendant.                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/09

     WHEREAS, with the consent of defendant Felix Strashnov, his guilty plea allocution was taken before a Magistrate Judge on March 27, 2009;

     WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

     WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

     IT IS HEREBY ORDERED that defendant Felix Strashnov's guilty plea is accepted.

SO ORDERED:

Dated: 5/14/09
New York, New York

_____
UNITED STATES DISTRICT JUDGE