✎ PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Southern District of New York

U.S.A. vs. __Strashnov__   Docket No. __07-CR-1087-001__

**Petition for Action on Conditions of Pretrial Release**

COMES NOW __Jeffrey Thomas Steimel__ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Felix Strashnov__ who was placed under pretrial release supervision by the Honorable __Douglas F. Eaton__ sitting in the court at __SD/NY__, on the __5th__ day __of September__, 20 __07__ under the following conditions:

$500,000 personal recognizance bond co-signed by three financially responsible persons. Additional conditions included: 1) strict Pretrial Services supervision, 2) travel restrictions to the Southern and Eastern Districts of New York and the District of New Jersey, 3) random drug testing and treatment, as directed (eliminated by Your Honor on March 10, 2009), 4) surrender travel documents and no new applications and 5) seek or maintain employment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Pretrial Services respectfully petitions the Court to modify the defendant's bail conditions to add an alcohol testing and treatment condition. Specifically, on September 8, 2009 the defendant advised Pretrial Services that he suffers from alcohol abuse and anxiety associated with his impending sentencing date and requested alcohol treatment.

Pretrial Services contacted AUSA Andrew L. Fish and attorney, Daniel J. Ollen, and both of the attorneys consented to the proposed modification.

PRAYING THAT THE COURT WILL ORDER

that the defendant's bail be modified to include a condition of drug testing and treatment.

ORDER OF COURT

Considered and ordered __the 22d__ day of __Sept.__, 20 __09__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September 22, 2009__

__Jeffrey Thomas Steimel__
U.S. Pretrial Services Officer

Place __233 Broadway, New York, NY__

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/09