**DANIEL J. OLLEN**
ATTORNEY AT LAW
805 THIRD AVENUE
11TH FLOOR
NEW YORK, N.Y. 10022

(212) 619-1245

FACSIMILE
(212) 619-1248

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/10

February 3, 2010

**BY FACSIMILE**
Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District Of New York
500 Pearl Street
New York, NY 10007

        Re:     <u>US v. Felix Strashnov, et al.</u>
                 07 CR 01087 (BSJ)

Dear Judge Jones:

    Please be advised that this firm represents Felix Strashnov in reference to the above entitled matter. I am the paralegal to Daniel J. Ollen, Mr. Ollen is currently in Florida.

    Mr. Felix Strashnov is currently scheduled to surrender this Friday, February 5, 2010. This letter is written to respectfully request a one month adjournment for the surrender of Mr. Felix Strashnov. The reason for this is that when he was sentenced the Court ordered him to go into a facility with a drug treatment program, and the facility that he is being sent to, CI Moshannon Valley, do not have this kind of program. We intend to contact the Bureau of Prison and request a different facility that will comply with the Court's Order.

    Mr. Ollen has spoken to Assistant United States Attorney Andrew Fish who takes no position in our application.

                                                 Respectfully,

                                                Angie Mora

cc:     AUSA Andrew Fish

*Application denied.*
*So ordered:* /s/ Barbara S. Jones
2/3/10                 U.S.D.J.